IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | CRIMINAL CASE |
| | NO.: 02-CR-93 |
| ROBERT H. RUSH, JR., | CV:3:05cv734-T |
| Defendant. | |

RECEIVED
2004 AUG 30 A 9:37

## MOTION TO CONFER JURISDICTION

Defendant Motion for Reconsideration is filed based to his previous motions filed attacking the legality of his sentence and of same cannot be considered as one seeking relief under 28 U.S.C. 2255, for the following reasons:

### PROCEDURAL BACKGROUND

There were two aborted sentence hearings. On July 30, 2003, the Court outlined the sentencing issues. The first was that the actual weight of the marijuana was 733.21 grams, but the Guidelines attribute the number of 100 grams per plant yielding 11.8 Kilograms with an offense level of 16.

Second, the probation officer gave a two-level downward adjustment for acceptance of responsibility. Rush argued that there should be a three level adjustment. The third issue was whether there should be a two-level gun enhancement under 2D1.1. The last issue related to whether Rush met the five criteria for safety valve treatment.

The Court denied relief, and concluded that there was no Eleventh Circuit case precisely on point. Timely request for reconsideration was orally submitted based on United States v. Santiago, 96 F.3d 517 (1St Cir. 1996), and the Court denied the motion for reconsideration. The Court of Appeals for the Eleventh Circuit affirmed on April 13, 2004.

**REASONS WHY THE MOTION FOR RECONSIDERATION SHOULD NOT BE CONSTRUED AS ONE SEEKING RELIEF UNDER 28 U.S.C. 2255**

As explained in the Motion for Reconsideration the Eleventh Circuit affirmed the judgment on April 13, 2004, while in the preparation of the petition for a writ of certiorari to the United States Supreme Court, the same was received in the clerk office of the UNited States Supreme Court on July 9, 2004, and placed on the docket on July 16, 2004, as No.: 04-5227, the UNited States Supreme Court decided the case of Blakely v. Washington, 2004 WL 1402697 (June 24, 2004), see page 2,3, of the Motion for Reconsideration. The case still pending before the United States Supreme Court.

In United States v. Torres, 211 F.3d 836 (4th Cir. 2000), the Fourth Circuit explained that "when a federal prisoner does not petition for certiorari in the UNited States Supreme Court, his judgment of conviction becomes final under 2255 upon the issuance by a court of appeals of the mandate contemplated by Rule 41 of the Federal Rules of Appellate Procedure."

Writing for the Court, judge Williams also explained that "it is

generally accepted that, for a defendant who files a petition for certiorari with the Supreme Court, the conclusion of direct review occurs when the Supreme Court either denies his petition or decides his case on the merits." Torres, 211 F.3d at 839.

Here, the defendant conclusion of his direct appeal still undecided, which make the proceeding of 2255 ineffective at this stage, therefore, the motion for reconsideration should be considered in light to the intervening change in the law, and based to his previous motions filed before the Court involving the same issues of his sentence.

WHEREFORE, the defendant pray, the Court set the matter for an evidentiary hearing as requested in the motion for reconsideration to determine in a civilized fashion whether in light of the decision of Blakely's his sentence is illegal requiring resentencing as a matter of law.

This the 26 day of August 2004

RESPECTFULLY SUBMITTED

ROBERT H. RUSH, JR.,

CERTIFICATE OF SERVICE

This is to certify that I have this day served Ms. Tommie Brown Hardwick, Assistant U.S. Attorney, with a copy of the defendant's Motion to Confer Jurisdiction, by depositing said copy in the UNited States Mail, in a properly addressed envelope, with adequate postage thereon:

Ms. Tommie Brown Hardwick
Assistant U.S. Attorney
One Court Square
Suite 201
Montgomery, Alabama 36104

CC: Mr. David B. Byrne, Jr., Esq.,
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102

This the 26 day of August 2004.

RESPECTFULLY SUBMITTED

ROBERT H. RUSH, JR.,

*Robert H Rush Jr* (signature)