FILED
AUG 1 5 2002
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 02-93-E |
| )   | [21 USC 841(a)(1); |
| ROBERT H. RUSH, JR.   ) | 18 USC 924(c)(1)(A)(i)] |
| )   | |
| )   | SUPERSEDING INDICTMENT |

The Grand Jury charges:

## COUNT I

From a date unknown and continuing up to and including the 29th day of May 2002, in Lee County, Alabama, in the Middle District of Alabama,

ROBERT H. RUSH, JR.,

defendant herein, did knowingly and intentionally manufacture more than 100 marijuana plants, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

That on or about the 29th day of May, 2002, in Lee County, Alabama, within the Middle District of Alabama,

ROBERT H. RUSH, JR.,

defendant herein, did unlawfully and knowingly possess firearms, that is, a Ruger GP100, .357 magnum pistol; an Ithaca 12 gauge shotgun; a Winchester .30-30 rifle; and a Winchester .243 rifle, during and in relation to and in furtherance of the commission of the offense of manufacturing marijuana, prosecutable in a court of

the United States, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### FORFEITURE ALLEGATION - DRUG

A. Count 1 of this Indictment is hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 21, *United States Code*, Section 841(a)(1), as alleged in Count 1 of this indictment, the defendant, shall forfeit to the United States pursuant to Title 21, *United States Code*, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this Indictment, including, but not limited to, the following real property:

> From the northeast corner of Section 22, Township 19 North, Range 24 East in Lee County, Alabama, proceed West along the northern boundary of said Section 22 for 1,488.2 feet to a point in the center of an abandoned roadway, which point is the point of beginning of the property herein to be described. From said point of beginning, run along the center of said abandoned roadway South 12 deg. 40 min. East for 143.7 feet; thence, leaving said abandoned road, run South 49 deg. 27 min. West for 1,346.6 feet to a point on the centerline of the county dirt road running from Loachapoka to Roxanna; thence North 30 deg. 20 min. West for 505.9 feet along the centerline of said road; thence leave said road and run North 59 deg. 40 min. East for 1,370.5 feet to a point in the center

of the aforesaid abandoned roadway; thence South 29 deg. 36 min. East for 130.0 feet along said centerline of said abandoned roadway to the point of beginning. The above-described parcel of land contains 11.957 acres, more or less.

Substitute Assets

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, *United States Code*, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, *United States Code*, Sections 841 and 853.

A TRUE BILL:

_____
Foreperson

3

_____
LEURA GARRETT CANARY
United States Attorney


_____
JOHN T. HARMON
Assistant United States Attorney


_____
TOMMIE BROWN HARDWICK
Assistant United States Attorney