No. 04-5227
Title:               Robert H. Rush, Jr., Petitioner
                     v.
                     United States
Docketed:            July 16, 2004
Lower Ct:            United States Court of Appeals for the Eleventh Circuit
  Case Nos.:         (03-14691)
  Decision Date:     April 13, 2004

~~~Date~~~    ~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~

Jul 9 2004    Petition for a writ of certiorari and motion for leave to proceed in forma pauperis filed. (Response due August 16, 2004)
Jul 23 2004   Waiver of right of respondent United States to respond filed.
Jul 29 2004   DISTRIBUTED for Conference of September 27, 2004.
Oct 4 2004    Petition DENIED.
Oct 26 2004   Petition for Rehearing filed.
Nov 9 2004    DISTRIBUTED for Conference of November 24, 2004.
Nov 29 2004   Rehearing DENIED.

---

~~Name~~                              ~~~~Address~~~~                          ~~Phone~~

**Attorneys for Petitioner:**
Robert H. Rush Jr.                    11047-002
                                      FCI Yazoo City
                                      P.O. Box 5000
                                      Yazoo City, MS

Party name: Robert H. Rush, Jr.

**Attorneys for Respondent:**
Paul D. Clement                       Solicitor General                        (202) 514-2217
                                      United States Department of Justice
                                      950 Pennsylvania Avenue, N.W.
                                      Room 5614
                                      Washington, DC 20530-0001

Party name: United States