**RECEIVED** IN THE UNITED STATES COURT OF APPEALS

OCT 25 2004

FOR THE ELEVENTH CIRCUIT

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 2 1 2004

THOMAS K. KAHN
CLERK

No. 04-14402-F

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT H. RUSH, JR.,

Defendant-Appellant.

Appeal from the United States District Court for the
Middle District of Alabama

Before ANDERSON, BLACK, and WILSON, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. Appellant's August 25, 2004, notice of appeal designates an order that is merely contemplated and has not been entered. Fed.R.App.P. 3(c); Bogle v. Orange County Bd. of County Comm'rs, 162 F.3d 653, 661 (11th Cir. 1998).

Because we lack jurisdiction, appellant's motion to voluntarily dismiss the appeal is DENIED AS MOOT.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

by: [signature]
Deputy Clerk
Atlanta, Georgia