FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JUN 2 7 2002

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. __02-93-E__ |
| ) | [21 USC 841(a)(1)] |
| ROBERT H. RUSH, JR. ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

From a date unknown and continuing up to and including the 29th day of May 2002, in Lee County, Alabama, in the Middle District of Alabama,

ROBERT H. RUSH, JR.,

defendant herein, did knowingly and intentionally manufacture more than 100 marijuana plants, a Schedule I Controlled Substance, in violation of Titles 21, United States Code, Section 841(a)(1).

A TRUE BILL:

*Clinton J. Talbut, Jr.*
Foreperson

*Leura Y. Canary*
LEURA GARRETT CANARY
United States Attorney

*Tommie Brown Hardwick*
TOMMIE BROWN HARDWICK
Assistant United States Attorney