IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

ROBERT H. RUSH, JR.,            )
                                )
    Petitioner,                 )
                                )        CIVIL ACTION NO.
    v.                          )        3:05cv734-MHT
                                )           (WO)
UNITED STATES OF AMERICA,       )
                                )
    Respondent.                 )

ORDER

The magistrate judge filed a recommendation (Doc. # 11) in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case, and upon consideration of the recommendation of the magistrate judge, it is ORDERED that:

    1.  The recommendation (Doc. # 11) is adopted;

    2.  The motion to vacate, set aside, or correct sentence (Doc. # 2) is denied.

3.  Costs are taxed against petitioner, for which

    execution may issue.

DONE, this the 31st day of July, 2007.


                    /s/  Myron H. Thompson
               UNITED STATES DISTRICT JUDGE