**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

July 31, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   United States of America v. Rush

Case Number:   3:05cv00734-MHT

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached due to clerical error.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 14   filed on   July 31, 2007.**