IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ROBERT H. RUSH, JR., ) <br> ) <br>   Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br>   Respondent. ) | CIVIL ACTION NO. <br> 3:05cv734-MHT <br> (WO) |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that judgment is entered in favor of respondent and against petitioner.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 31st day of July, 2007.

                                              /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE